Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District of New York |
|---|---|
| Name (under which you were convicted): Travis Sinclair | Docket or Case No.: 23 CR. 503 (PMP) |
| Place of Confinement: U.S.P McCreary P.O Box 3000 Pine Knot, KY 42635 | Prisoner No.: 75927054 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. Travis Sinclair | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   US. Courthouse 300 Quarropas Street White Plains New York 10601

   (b) Criminal docket or case number (if you know): 7:23-CR-503 (PMP)

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: 12/12/2024

3. Length of sentence: 144

4. Nature of crime (all counts): One Count of Hobbs Act Robbery

[RECEIVED PRO SE OFFICE AUG 22 2025]

[RECEIVED AUG 22 2025 U.S.D.C. W.P.]

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑
9. If you did appeal, answer the following:
   (a) Name of court:
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:



   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know):
      (2) Result:

      (3) Date of result (if you know):
      (4) Citation to the case (if you know):
      (5) Grounds raised:



10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☑   No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: US-Courthouse
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

Page 4

(4) Nature of the proceeding: to ask for attorney to foil motion

(5) Grounds raised: Ineffective assistance of Counsel

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☒

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐  No ☒

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐  No ☒

(2) Second petition:  Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: because I where lock to understand the United State Constitution Laws/Time Barred

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Hobbs Act Robbery

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Without a Firearm hobbs Act robbery is not a Violence Crime. Im, charged with one ~~Count of hobbs Act firearm~~ Count of hobbs Act robbery not a "9.24<sup>c</sup>" Just a hobbs Act which is not Violent.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐ No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: because I where lock to understand the United state Constitution law/Time Barred

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐ No ☑
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: because I lack to understand the United State Constitution Laws / Time Barred

**GROUND TWO:** P.S.I

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

despite my Sentencing guideline range of 57 to 71 and it's because of my prior conviction thats what put me to a guideline range of 57 to 71 the probation officer agree with the government abuse of authority by asking the Court to Sentence me to 144 months knowing that probation where going to ask for the 60months for my V.O.P because of my Crimial history. Im at 57 to 71 months what Constitution Saying adding 76 months at 57 to 71 months is aproperate without any guideline analysis

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: Constitution Laws/time Barred because I Lack to understand the United state Constitution Laws/time Barred

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: because I lack to fully understand the Constitution laws of the United State / Time Barred

**GROUND THREE:** Caree offender

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): my sentence guidel range where 57 to 71 months without the 3553 factors I would a never or shald never be sentence to 144 months I was charge with one count of hobbs Act robbery which by itself is not a Violent Crime so by law I can not be Caree or sentence as a Caree offender which you can see in this matter they specifically focus and my past conduct to use under 3553 factors to ask for a upward Variance because of my criminal history and characteristics which what put me to be Sentence as a Caree offender which you can also see in my plea state neither Parties would ask for a departure the government used my past Conduct to ask the Court to Sentence me to 144 months as a Caree offender under 3553 factors. 74 months above my guideline range which where 57 to 71 months.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: because I lack to understand the United State Constitution law / time Barred

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   D/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   D/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   D/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: because I where hack to under stand the united State Constitution laws/time Barred

**GROUND FOUR:** Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

my Counselor faild to Challenge or raised any issues pertaining the government cruel and unusuall punishments and allowing me to sing a plea deal that never was in my Best intrest 74 months above my guideline and at Sentencing when the honorable Judge austion my counselor asking her where this plea come from asking for 12 to 15 year even tho my guideline is 57 to 71 months, her answer where is the government Criminal Division that sanctioned the 12 to 15 years which by the way its what she think she doesn,t actually know just her own perspective, and that she was not the first lawyer. But to her assumtion the 12 to 15 years was reach because of my prior Case where the defendant received a sentence to somewhere around 131 months little less than 12 years. So she are assuming that may be the resond, my past crime not only did my counselor faild to challenge the government Brech of Contract by asking for a upward departure which Both parties agree not to do. But have me sing a plea deal that she my Counselor made Clear she don,t know where this time 12 to 15 years is coming from my counselor faild to assist me the way a Attorney should assist there Client.

attachment to Ground 4. Ineffective assistance of counsel

my Counselor made Clear she are not responsible for anything with the plea she was not my frist lawyer. and Just for her to be clear as a part of this particular plea bargain was the government office sanctioned it. the government chose the 12 years which by the way she think. my Attorney Failed to represent me the way a Attorney should represent there Client. the government said Both parties discussed what was appropriate. my Attorney dose not know how the 12 to 15 years But still going along with government asking for a Upward Variance. way beyond Ineffective assistance of Counsel.

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: Constitution Law/time Barred because I where hack to understand the United Stat

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☐ D/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☐ D/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐ D/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I where hack to understand the United State Constitution Laws/time Barred

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ground one, ground two, ground three, ground four because I my cooperation in my prior case I'm housing in the S.H.U. where I Lock down 23 to 24 hr each day and the hack to Understand the Laws of the United State

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐ No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea: Margaret M. Shalley

(c) At trial:

(d) At sentencing: Margaret M. Shalley

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☒ No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: US- District Courthouse 300 Quarropas Street White plains new york 10601

    (b) Give the date the other sentence was imposed: 12/12/2024
    (c) Give the length of the other sentence: 60 months
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: to Vacate and Correct and to ~~my~~ Sentence me to my Guideline range of 57 to 71 months

or any other relief to which movant may be entitled. Whatever relief the Court see aproperate. I would be greatful for it

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

_____ (month, date, year).


Executed (signed) on August_____ (date). 10/2025

_____
T. Sinclair
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.












